IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JEDADYA FERGUSON,    Case No. 2:19-cv-00061-JR

    Petitioner,    ORDER

  v.

T. BOWSER,

    Respondent.

HERNÁNDEZ, District Judge:

    Magistrate Judge Russo issued a Findings and Recommendation [22] on May 8, 2020, in which she recommends the Court deny the Amended Petition for Writ of Habeas Corpus and enter a judgment of dismissal. Petitioner timely filed objections to the Findings and Recommendation. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

    When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the

Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Petitioner's objections and concludes that the objections do not provide a basis to modify the recommendation. The Court has also reviewed the pertinent portions of the record de novo and finds no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court adopts Magistrate Judge Russo's Findings and Recommendation [22]. Accordingly, the Amended Petition for Writ of Habeas Corpus [20] is DENIED and this case is DISMISSED. The Court DENIES a certificate of appealability as Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. 2253(c)(2).

IT IS SO ORDERED.

DATED: _____June 22, 2020_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge